ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
ROBERT PANZA, State Bar No. 207393
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6737
 Fax: (916) 731-3641
 E-mail: Robert.Panza@doj.ca.gov
Attorneys for Defendant D. Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **THE ESTATE OF EDWARD MORAN SOLIZ, et al.,**<br><br>                                    Plaintiff,<br><br>              v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                    Defendants. | 2:25-cv-03766-JAM-SCR<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE**<br><br>Judge:         Honorable John A. Mendez<br>Trial Date:    Not set.<br>Action Filed:  December 30, 2025 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiffs Estate of Edward Moran Soliz and Savannah Moran filed the above-entitled matter against Defendant D. Vang. (ECF No. 13.)

WHEREAS, Defendant was served with Summons and First-Amended Complaint in the matter. (ECF No. 16.)

WHEREAS, Defendant's responsive pleading deadline runs on June 16, 2026.

WHEREAS, Defendant's counsel needs more time to investigate the allegations of Plaintiff's First-Amended Complaint.

1

WHEREAS, Defendant requested and Plaintiffs graciously agreed to an extension of Defendant's responsive pleading deadline.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their counsel, that Defendant's responsive pleading deadline in the matter be **EXTENDED** to **July 07, 2026**.

IT IS FURTHER AGREED THAT this Stipulation may be executed in one or more counterparts and, when said counterparts are taken together, shall constitute one original agreement notwithstanding that all parties are not signatories to the original or the same counterpart. Furthermore, a facsimile copy, photostatic copy, telecopy, "pdf" copy or other image of the parties' signatures shall have the same force and effect as the original. In the alternative, submitting counsel may place the other counsel's signature on the electronic filing by using "/s/" and typing counsel's name on the Stipulation if so authorized by other counsel.

Dated: June 11, 2026                    Respectfully submitted,

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General


/s/ Robert Panza
ROBERT PANZA
Deputy Attorney General
*Attorneys for Defendant*
*D. Vang*


Dated: June 11, 2026                    HARRISON | KRISTOPHER, LLP


/s/ Bryan J. Harrison (as authorized on 6/11/26)
By: Bryan J. Harrison, Esq.
*Attorneys for Plaintiffs*
*Estate of Edward Moran Soliz and Savannah Moran*

*\*\*\*Per Local Rule 133, Robert Panza, the filer of this document, attests that all other signatories listed herein, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.*

Stipulation and Order to Continue Responsive Pleading Deadline (2:25-cv-03766-SCR)

## ORDER

**IT IS SO ORDERED**.

Dated: June 12, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Responsive Pleading Deadline (2:25-cv-03766-SCR)