0727ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
ROBERT PANZA, State Bar No. 207393
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6737
Fax: (916) 731-3641
E-mail: Robert.Panza@doj.ca.gov
*Attorneys for Defendant D. Vang*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **THE ESTATE OF EDWARD MORAN SOLIZ, et al.,**<br>Plaintiffs,<br>**v.**<br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br>Defendants. | CASE NO. 2:25-cv-03766-JAM-SCR<br>**STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT FILING DEADLINE (ECF No. 21)**<br>Judge: Honorable Sean C. Riordan<br>Trial Date: Not set<br>Action Filed: December 30, 2025 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiffs Estate of Edward Moran Soliz and Savannah Moran filed the above-entitled matter against Defendant California Department of Corrections and Rehabilitation (CDCR) on December 30, 2025. (ECF No. 1.)

WHEREAS, Defendant CDCR's responsive pleading deadline was March 16, 2026, and was extended to April 13, 2026, per stipulation of counsel [ECF No. 6] and order of Court [ECF No. 7].

WHEREAS, the Court issued its Order Requiring Service of Process and Joint Status

Report, requiring among other things, that: "Within sixty (60) days of service of the complaint on any party…the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan." (ECF No. 10 at ¶ 4.)

WHEREAS, Defendant CDCR filed a Motion to Dismiss Plaintiffs' Complaint as its responsive pleading in the matter. (ECF No. 11.)

WHEREAS, the Court subsequently ordered that the parties' Joint Status Report was to be filed within 30 days of the Court's ruling on Defendant CDCR's Motion to Dismiss. (ECF No. 12.)

WHEREAS, Plaintiffs Estate of Edward Moran Soliz and Savannah Moran then filed their First-Amended Complaint in the matter against Defendant D. Vang [ECF No. 13] prior to the Court's ruling on Defendant CDCR's Motion to Dismiss [ECF No. 11], and the CDCR's Motion to Dismiss was deemed moot by the Court [ECF No. 14].

WHEREAS, Plaintiffs Estate of Edward Moran Soliz and Savannah Moran did not name Defendant CDCR as a party to their First-Amended Complaint and specifically recited therein the matter was not proceeding against Defendant CDCR, thereby effectively dismissing Defendant CDCR from this matter. (ECF No. 13.)

WHEREAS, Defendant Vang was served with Summons and First-Amended Complaint in the matter. (ECF No. 16.)

WHEREAS, Defendant's responsive pleading deadline was originally June 16, 2026, and was extended to July 7, 2026, per stipulation of the parties [ECF No. 17] and order of the Court [ECF No. 18].

WHEREAS, Defendant Vang filed a Motion to Dismiss Plaintiffs' First Amended Complaint as his responsive pleading in the matter on July 7, 2026. (ECF No. 19.)

WHEREAS, Plaintiffs' opposition was due on July 21, 2026 [L.R. 230(c)], Defendant Vang's reply is due on July 31, 2026 [L.R. 230(d)], and the hearing on said motion is set for August 25, 2026. (ECF No. 19.).

WHEREAS, the parties' Joint Status Report to the Court is currently due on July 27,

2026, per the Court's Order Requiring Service of Process and Joint Status Report [ECF No. 10 at ¶ 4], as triggered by the date of service of the First-Amended Complaint [ECF No. 13] on Defendant Vang [ECF No. 16].

WHEREAS, at present, the parties' Joint Status Report is due before briefing on Defendant Vang's Motion to Dismiss Plaintiffs' First Amended Complaint will be complete, and the motion heard by the Court. (ECF Nos. 10 at ¶ 4, 13, 16, 19; L.R. 230(c), (d).)

WHEREAS, the parties will be better able to report to the Court those matters to be included in the Joint Status Report if Defendant Vang's Motion to Dismiss is ruled upon by the Court and the pleadings in the matter are settled.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Vang, by and through their counsel, that the parties' Joint Status Report filing deadline of July 27, 2026, be extended, and the parties' Joint Status Report will now be due within 30 days of the Court's ruling on Defendant Vang's Motion to Dismiss [ECF No. 19]. The foregoing extension applies only to the filing of the Joint Status Report. The parties shall conduct their conference under Fed. R. Civ. P. 26(f) promptly, and in no event later than August 31, 2026, and shall exchange their initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than August 31, 2026. Nothing in this Stipulation extends the parties' obligation to confer under Rule 26(f) or to exchange initial disclosures under Rule 26(a)(1), or otherwise stays or defers discovery in this matter.

IT IS FURTHER AGREED THAT this Stipulation may be executed in one or more counterparts and, when said counterparts are taken together, shall constitute one original agreement notwithstanding that all parties are not signatories to the original or the same counterpart. Furthermore, a facsimile copy, photostatic copy, telecopy, "pdf" copy or other image of the parties' signatures shall have the same force and effect as the original. In the alternative, submitting counsel may place the other counsel's signature on the electronic filing by using "/s/"

///

///

///

and typing counsel's name on the Stipulation if so authorized by other counsel.

Dated: July 24, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General

/s/ Robert Panza
ROBERT PANZA
Deputy Attorney General
*Attorneys for Defendant*
*D. Vang*

Dated: July 24, 2026

Hoss Law, APC

/s/ Hossein Khatami (as authorized on 7/24/26)
By: Hossein Khatami, Esq.
*Attorneys for Plaintiffs*
*Estate of Edward Moran Soliz and Savannah Moran*

****Per Local Rule 133, Robert Panza, the filer of this document, attests that all other signatories listed herein, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.*

**ORDER**

The parties' Joint Status Report filing deadline is **EXTENDED**, to be filed within thirty (30) days of the Court's ruling on Defendant Vang's Motion to Dismiss (ECF No. 19). The parties shall conduct their Rule 26(f) conference promptly, and in no event later than August 31, 2026, and shall exchange their initial disclosures under Rule 26(a)(1) no later than August 31, 2026.

**IT IS SO ORDERED.**

Dated: July 27, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE