IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE ESTATE OF EDWARD MORAN SOLIZ and SAVANNAH MORAN,

Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR),

Defendant.

Case No. 2:25-cv-03766-JAM-SCR

**ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION (ECF No. 28)**

Defendant D. Vang filed an Ex Parte Application for an Extension of Time to File an Opposition to Plaintiffs' Motion to Amend Judgment ("Ex Parte Application"). The Court read and considered the Ex Parte Application and supporting documents, and any Opposition filed, if any.

Good cause having been shown, the Court GRANTS the Ex Parte Application for an extension of time.

///

///

///

**IT IS SO ORDERED** that the deadline for Defendant Vang to file and serve an Opposition to Plaintiffs' Motion is hereby **EXTENDED** to **December 30, 2026**.

Any reply shall be filed on or before **January 15, 2027**.

Dated: November 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE